IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sirus Masters,

       Plaintiff,                            Case No. 2:24-cv-3697
                                                    Judge James L. Graham
   v.                                       Magistrate Judge Chelsey M. Vascura

Jeffrey Samich,

       Defendant.

## Opinion and Order

This matter is before the Court on the Magistrate Judge's Report and Recommendation, which recommended on an initial screening under 28 U.S.C. § 1915A that this action be dismissed for lack of subject matter jurisdiction. The Magistrate Judge found that federal question jurisdiction does not exist under 28 U.S.C. § 1331 because plaintiff, who is proceeding *pro se*, alleged only state law claims for false imprisonment, defamation, and fraud. The Magistrate Judge further found that diversity jurisdiction does not exist under 28 U.S.C. § 1332 because plaintiff alleges that he and defendant are both residents of Ohio.

Rather than file an objection to the Report and Recommendation, plaintiff filed a document entitled, "Refile in Civil lawsuit on Jeff Samich for many acts of crime." Doc. 6. In this document, plaintiff purports to be "refiling a lawsuit" against defendant Samich to assert claims for kidnapping, false imprisonment, theft, fraud, and defamation. The document alleges how defendant, who is not a federal or state actor, engaged in various acts of wrongdoing with respect to plaintiff's now-deceased adult daughter and with respect to the custody of the daughter's minor child. Plaintiff seeks monetary compensation and the "incarceration" of defendant.

Upon *de novo* review, the Court agrees that subject matter jurisdiction is lacking. Plaintiff has not identified a federal right or statute which is implicated by his allegations. To the extent he believes he can bring a criminal prosecution in federal court, he is incorrect. "A private citizen has no authority to initiate a federal criminal prosecution; that power is vested exclusively in the executive branch." *Saro v. Brown*, 11 Fed. App'x 387, 388 (6th Cir. 2001). Furthermore, plaintiff

1

continues to maintain that he and defendant are residents of Franklin County, Ohio; thus, diversity jurisdiction is lacking.

      Accordingly, the Court ADOPTS the Report and Recommendation (doc. 4), and this action is hereby dismissed for lack of subject matter jurisdiction.

                                                  *s/ James L. Graham*
                                                  JAMES L. GRAHAM
                                                  United States District Judge

DATE: August 19, 2024